FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JUN 30 PM 3: 52

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN W. FERGUSON, IV<br><br>Defendant. | CASE NO. _____<br><br>JUDGE _____<br><br>INFORMATION<br><br>18 U.S.C. § 1920<br>MISDEMEANOR |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### (False Statement to Obtain Federal Employees' Compensation)

During the period on or before June 1, 2017 through June 30, 2017, in the Southern District of Ohio, in a matter within the jurisdiction of the United States Department of Labor, the defendant, **JOHN W. FERGUSON, IV,** knowingly and willfully made at least one materially false, fictitious, and fraudulent statement and representation in connection with the application for, and receipt of, federal work injury compensation, benefits, and payments under Title 5, United States Code, Chapter 81, Subchapter I, in that, the defendant, **JOHN W. FERGUSON, IV,** represented that his medical travel expenses were approximately $1,000.00, when in fact, as the defendant, **JOHN W. FERGUSON, IV,** then well knew, he had fraudulently billed the United States Department of Labor for excessive medical travel reimbursement.

**In violation of 18 U.S.C. § 1920.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

BRENDA S. SHOEMAKER, (0041411)
Assistant United States Attorney